**WILLIE E. SCOTT, AIS # 165244,** :

    **Plaintiff,** :

**vs.** : CIVIL ACTION 10-00170-WS-B

**WARDEN PATTERSON, et al.,** :

    **Defendants.** :

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED with prejudice** as duplicative.

**DONE** this 29th day of December, 2010.

                                        **s/WILLIAM H. STEELE**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**