IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**WILLIE E. SCOTT, AIS # 165244,** :

    **Plaintiff,** :

**vs.** : CIVIL ACTION 10-00170-WS-B

**WARDEN PATTERSON, et al.,** :

    **Defendants.** :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED with prejudice** as duplicative.

**DONE** this 29th day of December, 2010.

                                            s/WILLIAM H. STEELE
                                            **CHIEF UNITED STATES DISTRICT JUDGE**